IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

J.H.; S.G.; B.M.;

    Plaintiffs,

v.                                                          No. 13-cv-0641 MCA/SMV
**THE BOARD OF EDUCATION,**
**ALBUQUERQUE PUBLIC SCHOOLS DISTRICT,**
**SECOND JUDICIAL DIST. ATTORNEY'S OFFICE,**

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

    **Date and time**:    June 4, 2014, at 1:30 p.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **June 4, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and whether to schedule a second settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                         _____
                                                         **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.