## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JH on behalf of her minor child JP,**
**SG on behalf of her minor child HG,**
**BM on behalf of her minor child MM, and**
**all others similarly situated,**

**Plaintiffs,**

**vs.**                                                     **Civ. No. 13-641 MCA/SMV**

**THE BOARD OF EDUCATION,**
**ALBUQUERQUE PUBLIC SCHOOLS DISTRICT,**
**and SECOND JUDICIAL DISTRICT ATTORNEY'S**
**OFFICE,**

**Defendants.**

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Extension

of Time to File Motion for Class Certification. Having considered the Motion and finding that it

has merit, the Court concludes that it should be granted.

IT IS, THEREFORE, HEREBY ORDERED that Plaintiffs are granted a one week

extension until May 7, 2014 in which to file their motion for class certification.

_____
HONORABLE STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

KENNEDY LAW FIRM

**_/s/ Joseph P. Kennedy_**
Joseph P. Kennedy
Shannon L. Kennedy
Theresa V. Hacsi
1000 Second Street NW
Albuquerque, NM 87102
Phone: 505-244-1400
Fax:  505- 244-1406
*Attorneys for Plaintiffs*

**_Approved via email_**
Jennifer G. Anderson
Megan Muirhead
Modrall Sperling
500 4th St NW # 1000
Albuquerque, NM  87102
505-848-1800
*Attorneys for APS Defendants*